This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-41454**

**KIM KLEMENT,**

Plaintiff-Appellee,

v.

**ATLANTIC BUILDING SYSTEMS, LLC d/b/a ARMSTRONG STEEL BUILDING SYSTEMS, a foreign limited liability company,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF GRANT COUNTY**
**Thomas F. Stewart, District Court Judge**

Carrillo Law Firm, P.C.
Raúl A. Carrillo, Jr.
Las Cruces, NM

for Appellee

SaucedoChavez, P.C.
Christopher Saucedo
Daniel C. Apodaca
Albuquerque, NM

for Appellant

### MEMORANDUM OPINION

**ATTREP, Chief Judge.**

**{1}**     Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal has been filed and the time for doing so has expired. **REVERSED.**

**{2}     IT IS SO ORDERED.**

**JENNIFER L. ATTREP, Chief Judge**

**WE CONCUR:**

**JACQUELINE R. MEDINA, Judge**

**JANE B. YOHALEM, Judge**